UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Becky Rivas, et al <br> Defendant(s) | CRIMINAL NO. 08 MJ 740-POR <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

LOUISA S. PORTER

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Adolfo Barajas-Rivera

DATED: 4/ /08

RECEIVED _____
            DUSM

LOUISA S. PORTER

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
        Deputy Clerk

☆ U.S. GPO: 2003-581-774/70062