# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>vs.<br><br>Becky Rivas, et al.<br><br>　　　　Defendant(s) | CRIMINAL NO. 08Mj740-POR<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

MARTIN Carajas-Paz

DATED: 4/1/08

RECEIVED _____ DUSM

LOUISA S. PORTER

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.　Clerk

by _____
　　Deputy Clerk