UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )
        Plaintiff       )
                             )
                             )
      vs.             )
                             )
Becky Rivas, et al.     )
                             )
      Defendant(s)   )
                             )

CRIMINAL NO. __08mj 740- POR__

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge.   LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Jose Alfredo Duran-Lopez

DATED: __4/ /08__

RECEIVED _____
          DUSM

_____
LOUISA S. PORTER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
             Deputy Clerk

☆ U.S. GPO: 2003-581-774/70062