

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BECKY RIVAS (1),<br>JOEL HERNANDEZ-SANCHEZ (2),<br>JOSE LUIS SAUSEDA-CORRALES (3),<br>MARTIN CHAPA-CONTRERAS (4),<br><br>          Defendants. | Criminal Case No. 08CR976-WQH<br><br><u>I N F O R M A T I O N</u><br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about March 6, 2008, within the Southern District of California, defendants BECKY RIVAS, JOSE LUIS SAUSEDA-CORRALES, and MARTIN CHAPA-CONTRERAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Adolfo Barajas-Rivera, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 2</u>

On or about March 27, 2006, within the Southern District of California, defendant JOEL HERNANDEZ-SANCHEZ, being an alien, unlawfully entered or attempted to enter the United States at a time

//

CPH:lg:San Diego
3/13/08

and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

### Count 3

On or about March 6, 2008, within the Southern District of California, defendant JOEL HERNANDEZ-SANCHEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: April 1, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney