AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR - 1 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOEL HERNANDEZ-SANCHEZ (2) | CASE NUMBER: 08CR976-WQH |

I, JOEL HERNANDEZ-SANCHEZ, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/1/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Joel Hernandes Sanches_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER